## Michael Martin, Appellee, v. W. P. Rooney Company et al. W. P. Rooney Company, Appellant.

### Gen. No. 22,926.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES. A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917.

### Statement of the Case.

Action by Michael Martin, plaintiff, against W. P. Rooney Company, a corporation, William P. Rooney, Fred Sondergard and William McMullen, defendants, on an account stated. From a judgment for plaintiff, defendant corporation appeals.

Louis W. McINTYRE, for appellant.

No appearance for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 196*—*when against defendants served with summons is proper.* Under section 14 of the Practice Act (J. & A. ¶ 8551), judgment may properly be entered in an action *ex contractu* against those defendants who are served with summons, notwithstanding other defendants are not served.

2. JUDGMENT, § 276*—*when motion to vacate is properly denied.* A motion to vacate a judgment, in an action *ex contractu*, was properly denied where the affidavit filed in support of the motion denied an account stated between plaintiff and defendants but contained no allegation that the amount claimed by plaintiff, in whose favor judgment was rendered, was not due or that there was any defense to the action.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.